# Exhibit A

7/29/2015 11:39:21 AM
Chris Daniel - District Clerk Harris County
Envelope No. 6270945
By: GABRIELA COX
Filed: 7/29/2015 11:39:21 AM

CAUSE NO. 201539805

RECEIPT NO.           0.00         CIV
         *********           TR # 73151671

PLAINTIFF: GL NOBLE DENTON INC                  In The 11th
   vs.                                          Judicial District Court
DEFENDANT: AQUALIS OFFSHORE INC                 of Harris County, Texas
                                                11TH DISTRICT COURT
                                                Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: NOBLE, GUY
    8106 COTTONWOOD TRAIL COURT   HOUSTON TX 77095

*[handwritten: JUL 27 2015 10:45 Am LBH, signature Guy Noble]*

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION REQUEST FOR PERMANENT INJUNCTION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 14th day of July, 2015, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 22nd day of July, 2015, under my hand and seal of said Court.

Issued at request of:                    CHRIS DANIEL, District Clerk
MANTHEY, RONALD E.                       Harris County, Texas
1717 MAIN STREET, SUITE 3200             201 Caroline     Houston, Texas 77002
DALLAS, TX 75201                         (P.O. Box 4651, Houston, Texas 77210)
Tel: (214) 466-4000
Bar No.: 12927400                        GENERATED BY: CARRILLO, CARLA ELIZ    9YN//10150711

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ .M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____ .M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $ _____

                                        _____ of _____ County, Texas

                                        By _____
         Affiant                                    Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared . After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                        Notary Public

N.INT.CITR.P

*[handwritten: 190714]*

Certified Document Number: 66408643 - Page 1 of 2

Cause No. 2015-39805

| | | |
|---|---|---|
| GL NOBLE DENTON INC | : | IN THE 11TH |
|     Plaintiff | : | |
| VS | : | JUDICIAL DISTRICT COURT |
| | : | |
| AQUALIS OFFSHORE INC | : | OF HARRIS COUNTY, TEXAS |
|     Defendant | : | |

## GUY NOBLE
## AFFIDAVIT OF SERVICE

Before me, the undersigned authority, personally appeared Lucious G. Buggs IV, who swore on oath that the following are true and correct:

My name is LUCIOUS G. BUGGS IV. My business phone is 281-250-6041. I am over the age of 18 years. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude. Within the boundaries of the state where service was effected, I was authorized by law to perform said service.

I am not a party to this case, nor am I related to, employed by, or otherwise associated to or connected with [other than having been retained to serve process in this case] any party or party's attorney in this case; and I have no interests in the outcome of this lawsuit.

**Service of CITATION is as follows:**

Documents received for service:
1. CITATION
2. PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR PERMANENT INJUNCTION AND REQUEST FOR DISCLOSURE

CAME TO HAND THIS 24TH DAY OF JULY 2015 AT 1:00PM

Delivery of CITATION was made freely and accepted by one GUY NOBLE in person on JULY 27, 2015 at 10:45AM at 16000 BARKERS POINT LANE SUITE 202 HARRIS COUNTY, HOUSTON, TEXAS 77079.

LUCIOUS G. BUGGS IV sch4127 EXP 08/31/2017

SWORN TO AND SUBSCRIBED before me this 28TH day of JULY, 2015

ERIN CHRISTOPH
MY COMMISSION EXPIRES
July 20, 2016

NOTARY PUBLIC STATE OF TEXAS



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 14, 2015

Certified Document Number:        66408643 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com

7/29/2015 11:40:24 AM
Chris Daniel - District Clerk Harris County
Envelope No. 6270989
By: GABRIELA COX
Filed: 7/29/2015 11:40:24 AM

CAUSE NO. 201539805

| | |
|---|---|
| RECEIPT NO. | 0.00   CIV |
| ********** | TR # 73151669 |
| PLAINTIFF: GL NOBLE DENTON INC | In The  11th |
| vs. | Judicial District Court |
| DEFENDANT: AQUALIS OFFSHORE INC | of Harris County, Texas |
| | 11TH DISTRICT COURT |
| | Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

JUL 2 7 2015
10:45 AM

TO: HAPP, BRIANT
18222 SORRELL OAKS LANE  RICHMOND TX 77407

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION REQUEST FOR PERMANENT INJUNCTION AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>14th day of July, 2015</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 22nd day of July, 2015, under my hand and seal of said Court.

Issued at request of:
MANTHEY, RONALD E.
1717 MAIN STREET, SUITE 3200
DALLAS, TX 75201
Tel: (214) 466-4000
Bar No.: 12927400

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: CARRILLO, CARLA ELIZ    9YN//10150711

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ .M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____         copy(ies) of the
                                                                                         Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____

                                                                _____ of _____ County, Texas

                                                 By _____
     Affiant                                        Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                    Notary Public

N.INT.CITR.P

190716

Certified Document Number: 66408646 - Page 1 of 2

Cause No. 2015-39805

| | | |
|---|---|---|
| GL NOBLE DENTON INC<br>**Plaintiff**<br>VS<br><br>AQUALIS OFFSHORE INC<br>**Defendant** | :<br>:<br>:<br>:<br>:<br>: | IN THE 11TH<br><br>JUDICIAL DISTRICT COURT<br><br>OF HARRIS COUNTY, TEXAS |

## BRIANT HAPP
## AFFIDAVIT OF SERVICE

Before me, the undersigned authority, personally appeared Lucious G. Buggs IV, who swore on oath that the following are true and correct:

My name is LUCIOUS G. BUGGS IV. My business phone is 281-250-6041. I am over the age of 18 years. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude. Within the boundaries of the state where service was effected, I was authorized by law to perform said service.

I am not a party to this case, nor am I related to, employed by, or otherwise associated to or connected with [other than having been retained to serve process in this case] any party or party's attorney in this case; and I have no interests in the outcome of this lawsuit.

**Service of CITATION is as follows:**

Documents received for service:
1. CITATION
2. PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR PERMANENT INJUNCTION AND REQUEST FOR DISCLOSURE

CAME TO HAND THIS 24TH DAY OF JULY 2015 AT 1:00PM

Delivery of CITATION was made freely and accepted by one BRIANT HAPP in person on JULY 27, 2015 at 10:45AM at 16000 BARKERS POINT LANE SUITE 202 HARRIS COUNTY, HOUSTON, TEXAS 77079.

LUCIOUS G. BUGGS IV sch4127 EXP 08/31/2017

SWORN TO AND SUBSCRIBED before me this 28TH day of JULY, 2015.

ERIN CHRISTOPH
MY COMMISSION EXPIRES
July 28, 2015

NOTARY PUBLIC STATE OF TEXAS



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 14, 2015

Certified Document Number:        66408646 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

7/29/2015 11:41:21 AM
Chris Daniel - District Clerk Harris County
Envelope No. 6271025
By: GABRIELA COX
Filed: 7/29/2015 11:41:21 AM

CAUSE NO. 201539805

| | |
|---|---|
| RECEIPT NO. ********** | 0.00    CIV |
| | TR # 73151664 |
| PLAINTIFF: GL NOBLE DENTON INC<br>vs.<br>DEFENDANT: AQUALIS OFFSHORE INC | In The  11th<br>Judicial District Court<br>of Harris County, Texas<br>11TH DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

JUL 27 2015  LBiggs 4127
10:50 Am
Badi Diab

TO: AQUALIS OFFSHORE INC BY SERVING ITS AGENT DR BADER DIAB
    1250 WOOD BRANCH PARK DRIVE

Attached is a copy of **PLAINTIFF'S ORIGINAL PETITION REQUEST FOR PERMANENT INJUNCTION AND REQUEST FOR DISCLOSURE**

This instrument was filed on the **14th day of July, 2015**, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 22nd day of July, 2015, under my hand and seal of said Court.

Issued at request of:
MANTHEY, RONALD E.
1717 MAIN STREET, SUITE 3200
DALLAS, TX 75201
Tel: (214) 466-4000
Bar No.: 12927400

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline      Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: CARRILLO, CARLA ELIZ   9YN//10150711

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ .M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____

_____ of _____ County, Texas

                                        By _____
        Affiant                                   Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared . After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                Notary Public

N.INT.CITR.P

190716

Cause No. 2015 39805

| | | |
|---|---|---|
| GL NOBLE DENTON INC<br>**Plaintiff**<br><br>VS<br><br>AQUALIS OFFSHORE INC<br>**Defendant** | : : : : : : : | IN THE 11TH<br><br>JUDICIAL DISTRICT COURT<br><br>OF HARRIS COUNTY, TEXAS |

AQUALIS OFFSHORE INC
Through It's Registered Agent
DR. BADER DIAB
**AFFIDAVIT OF SERVICE**

Before me, the undersigned authority, personally appeared Lucious G. Buggs IV, who swore on oath that the following are true and correct:

My name is LUCIOUS G. BUGGS IV. My business phone is 281-250-6041. I am over the age of 18 years. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude. Within the boundaries of the state where service was effected, I was authorized by law to perform said service.

I am not a party to this case, nor am I related to, employed by, or otherwise associated to or connected with [other than having been retained to serve process in this case] any party or party's attorney in this case; and I have no interests in the outcome of this lawsuit.

**Service of CITATION is as follows:**

Documents received for service:
1. CITATION
2. PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR PERMANENT INJUNCTION AND REQUEST FOR DISCLOSURE

CAME TO HAND THIS 24TH DAY OF JULY 2015 AT 1:00PM

Delivery of CITATION was made freely and accepted by one DR. BADER DIAB (AGENT FOR AQUALIS OFFSHORE INC. in person on JULY 27, 2015 at 10:50AM at 16000 BARKERS POINT LANE SUITE 202 HARRIS COUNTY, HOUSTON, TEXAS 77079.

LUCIOUS G. BUGGS IV sch4127 EXP 08/31/2017

SWORN TO AND SUBSCRIBED before me this 28TH day of JULY 2015

ERIN CHRISTOPH
MY COMMISSION EXPIRES
July 28, 2015

NOTARY PUBLIC STATE OF TEXAS



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 14, 2015

Certified Document Number:        66408647 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**